IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUCE WEBSTER                                                                                           PLAINTIFF
ADC #150913

V.                                        5:13CV00234 KGB/HDY

DOES                                                                                                  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.  Why the record made before the Magistrate Judge is inadequate.

2.  Why the evidence proffered at the hearing before the District
    Judge (if such a hearing is granted) was not offered at the
    hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff Bruce Webster, an Arkansas Department of Correction inmate, filed a *pro se* complaint on July 29, 2013. Plaintiff did not pay the $400.00 filing and administrative fees, and his application for leave to proceed *in forma pauperis* was unsigned. On July 31, 2013, the Court entered an order directing Plaintiff to pay the $400.00 filing and administrative fees, or to file a fully completed application for leave to proceed *in forma pauperis* (docket entry #3). Because Plaintiff's complaint identified as Defendants only unnamed Does, he was also directed to provide specific names of individuals so that service could be attempted. That order also warned Plaintiff that his failure to comply with the order within 30 days would result in the recommended dismissal of his complaint. On August 7, 2013, Plaintiff provided some financial documentation, without an *in forma pauperis* application (docket entry #4).

More than 30 days have passed, and Plaintiff has not paid the $400.00 filing and administrative fees, or filed a properly completed application for leave to proceed *in forma pauperis*. Additionally, Plaintiff has not responded to the order to provide specific names for the Doe

Defendants. Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   6   day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE