IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRUCE WEBSTER** **PLAINTIFF**
**ADC #150913**

**V.** **5:13CV00234 KGB**

**DOES** **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this the 28th day of January, 2014.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE