IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BRUCE WEBSTER**                                                                                  **PLAINTIFF**
**ADC #150913**

**V.**                                   **5:13CV00234 KGB**

**DOES**                                                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this the 28th day of January, 2014.

*Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE